UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWAYNE KEITH MOBLEY,

                Plaintiff,

-against-

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, Office of Civil Right,

                Defendant.

20-CV-1418 (CM)

CIVIL JUDGMENT

Pursuant to the order issued February 20, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the October 21, 2014 order in *Mobley v. United States*, No. 14-CV-7885 (LAP) (S.D.N.Y. Oct. 21, 2014), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    February 20, 2020
            New York, New York

                                              COLLEEN McMAHON
                                              Chief United States District Judge